IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

PEACHTREE CROSSING INVESTORS LLC,    *

                Plaintiff,    *

v.    Case No. 5:26-CV-116 (CAR)

                    *

DEWITT WASHINGTON,

                    *

                Defendant.

                    *

## **J U D G M E N T**

Pursuant to this Court's Order dated July 15, 2026, and for the reasons stated therein, JUDGMENT

is hereby entered remanding this case to the Magistrate Court of Peach County, Georgia.

This 15th day of July, 2026.

                David W. Bunt, Clerk


                s/ Kami D. Seward, Deputy Clerk